No. 04–8799. LOFTON *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04–8801. JACKSON *v.* CITY OF SIKESTON POLICE DEPARTMENT. C. A. 8th Cir. Certiorari denied.

No. 04–8802. JUSTICE *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–8803. JOHNSON *v.* BOBBY, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 04–8804. KWIATKOWSKI *v.* J. P. MORGAN CHASE & CO. C. A. 2d Cir. Certiorari denied.

No. 04–8806. TURNER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8809. THOMAS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–8810. WILLIAMS *v.* BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8815. BOVELL *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–8816. BURGESS *v.* MISSOURI. Ct. App. Mo. Certiorari denied.

No. 04–8821. PORTER *v.* GREER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8822. OPONG-MENSAH *v.* STRACENER ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–8824. SOSA *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.